UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                    Case No. 2:17-mj-324

**Gregory R. Lee**

---

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | June 20, 2017 at 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Heather Hill |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Steve Nolder |
| INTERPRETER: | | PRETRIAL/PROBATION: | Leticia Vasquez-Villa |

Initial Appearance

-Dft advised of rights, penalties, and charges
-Government requests detention
-Detention hearing set for June 22, 2017 at 2:30 PM
-Preliminary hearing set for July 5, 2017 at 11:30 AM
-Dft remanded